**Order entered April 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00351-CV

## TARRANT COUNTY COLLEGE DISTRICT, Appellant

## V.

## AMANDA SIMS, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18217**

## ORDER

Before the Court is appellant's April 2, 2020 motion for an extension of time to file its opening brief. We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than May 11, 2020.

/s/     BILL WHITEHILL
        JUSTICE